IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINDA WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 5:11-cv-00325-R |
| | ) | |
| UDL LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS, INC. ; MYLAN PHARMACEUTICALS, INC. ; And MYLAN, INC. F/KA MYLAN LABORATORIES, INC. ; and MYLAN LABORATORIES, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action and all causes of action asserted herein shall be dismissed, without prejudice, and without costs or fees to any party.

LAW OFFICE OF ROBERT L. SALIM

By: s/P. Ann Trantham
P. Ann Trantham
Barrett Beasley
1901 Texas Street
Natchitoches, LA 71457
(800) 491-1817

Attorneys for Plaintiff Linda Wright

HALL, ESTIL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.

By: s/Jon Epstein
Jon Epstein, OBA #13274
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
(405) 553-2828

Adam S. Ennis
Jackson Kelly PLLC
Three Gateway Center
401 Liberty Avenue – Suite 1340
Pittsburgh, PA 15222
(412) 434-8055

Attorneys for UDL Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., Mylan Pharmaceuticals Inc. and Mylan Inc. f/k/a Mylan Laboratories Inc. and Mylan Laboratories